C. THEODORE HERRMANN, administrator, &c., appellant,

*v.*

GLADYS HERRMANN et al., respondents.

[Decided February 4th, 1929.]

*Messrs. McCarter & English* and *Mr. T. Bryant Smith,* for the appellant.

*Mr. L. Edward Herrmann* and *Mr. Edward S. Atwater, Jr.,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Church, and reported in *103 N. J. Eq. 113.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, KATZENBACH, CAMPBELL, LLOYD, KAYS, HETFIELD, DEAR, JJ. 10.

*For reversal*—None.